## NEAL v. PAYNE.

[No. 12,693. Filed March 18, 1927.]

From Vanderburgh Probate Court; *Elmer Q. Lockyear*, Judge.

Action between Lawrence E. Neal and James H. Payne. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Sappenfield & Sappenfield,* for appellant.
*Benjamin F. Zieg* and *William McClain,* for appellee.

PER CURIAM.—Judgment affirmed.
Dausman, J., absent.

## KOERNER v. SCHWARTZ ET AL.

[No. 12,703. Filed March 30, 1927.]

From Marion Circuit Court (38,557); *Harry O. Chamberlin,* Judge.

Action between George Koerner and Peter Schwartz and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Galvin & West,* for appellant.
*Adolph G. Emhardt* and *Norman E. Patrick,* for appellees.

PER CURIAM.—Judgment affirmed.
Dausman, J., absent.

## STEWART v. BANNING.

[No. 12,753. Filed March 30, 1927.]

From Franklin Circuit Court; *Cecil C. Tague,* Judge.

Action between William Stewart and Amzy Banning. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*M. P. Hubbard,* for appellant.
*M. R. Alexander,* for appellee.

PER CURIAM.—Affirmed.
Dausman, J., absent.